IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MICHAEL WILLIS,

        Plaintiff,

v.                                      CIVIL ACTION NO.  3:12-3452

MICHAEL CLARK, Western Regional
Jail Administrator; LT. ALDRIDGE,
Western Regional Jail Chief of Security;
LARRY PARSONS, Regional Jail Authority,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice; Plaintiff's Application to Proceed Without Prepayment of Fees and Costs, (ECF No. 1) be denied; and this case be removed from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 2) be **DISMISSED**, **with prejudice**; Plaintiff's Application to Proceed Without Prepayment of Fees and Costs, (ECF No. 1) be **DENIED**; and this case be removed from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:   November 5, 2012

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE